

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| | § | No. 08-14-00279-CR |
| IN RE:  LUKE GILPIN, RICK STATHIS, | | |
| DAVID GARCIA, AND RICK RUBIO, | § | AN ORIGINAL PROCEEDING |
| | § | |
| Relators. | § | IN MANDAMUS |
| | § | |

**J U D G M E N T**

The Court has considered this cause on Relators' motion to dismiss appeal and concludes the motion should be granted and the appeal should be dismissed in accordance with the opinion of this Court.  We therefore dismiss the original proceeding in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 14TH DAY OF JANUARY, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.